PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. **Bernadette Nicholas**                                  Docket No. 10CR631-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Kim E. Diefendorf, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of Bernadette Nicholas, who was placed under pretrial release supervision by the Honorable M. Faith Angell sitting in the Court at Philadelphia, on November 3, 2010, under the following conditions: report as directed to Pretrial Services, surrender/do not possess firearms, surrender/do not possess passport. Conditions were added by your Honor on December 14, 2011; 1) defendant shall cease to engage in any real estate or mortgage brokering activities that may involve banks and other financial institutions on behalf of others and 2) the defendant's access to bank accounts or accounts maintained in other financial institutions shall be limited to only those accounts in which the Defendant is a named account holder.

Respectfully presenting petition for action of Court and for cause as follows:

It has been brought to the attention of the U.S. Attorney's Office, the U.S. Probation Office and the U.S. Pretrial Office that the defendant is allegedly involved in banking transactions, regarding her mother's accounts, in which she is not a named account holder. There is a video recording as well as documentation of this alleged activity, provided by the bank to the U.S. Probation Officer Mark Hassinger. As this activity would be a violation of her modified conditions of bail, it is respectfully requested a violation hearing be scheduled.

PRAYING THAT THE COURT WILL ORDER the defendant's bail and release conditions be revoked and a warrant issued for her arrest.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 30th day of April, 2012 and ordered filed and made a part of the records in the above case. | |
| /s/ Legrome D. Davis | Kim E. Diefendorf<br>Supervising U.S. Pretrial Services Officer |
| The Honorable Legrome D. Davis<br>U.S. District Judge | Place: Philadelphia<br>Date: April 30, 2012 |