IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| **NO**- INTERPRETER NEEDED | : | IA on Violation of PT Release |
| Date of Arrest: (self surrender: May 4, 2012) | : | May 4, 2012<br>ESR OPERATOR: Crystal Wardlaw |
| UNITED STATES OF AMERICA | : | AUSA Anita Eve |
| v. | : | Criminal No: 10-631-01 |
| BERNADETTE NICHOLAS | : | Nicholas Nastasi, Jr.,, Esquire<br>(Retained) |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted.  A detention hearing and arraignment hearing will be held before

[] The Defendant stipulated to pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted.  The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied.  See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release.  See attached Conditions of Release Order.

**[X] Other: Defendant's attorney was not present for today's hearing. Defendant is detained pending a Bail Revocation Hearing before Chief Magistrate Judge Carol Sandra Moore Wells on May 7, 2012 at 1:30 p.m.**

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA:  NOT GUILTY TO ALL COUNT(S).  Counsel have 14 days to file pretrial motions.*

*BY:*

*/s/ TJR*
*THOMAS J. RUETER*
*U.S. MAGISTRATE JUDGE*

***TIME IN COURT: 10 MINUTES***

*(Form Revised December, 2007)*