IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
|  | : | Notice: July 24, 2012 |
| vs. | : | |
|  | : | |
| BERNADETTE NICHOLAS | : | Criminal No. 10-631-1 |
| 112 Hoskin Place | | |
| West Chester, PA 19380 | | |

   **TAKE NOTICE** that the above-entitled case has been set for **Sentencing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on:

**Tuesday, October 23, 2012 at 2:00 p.m.** before
the Honorable **Legrome D. Davis**, in **Courtroom 6A, 6th floor**.

  **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

   If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom. (Please notify the deputy clerk if the above address is not correct.)

              Very truly yours,

               Donna Croce

               Courtroom Deputy to Judge Davis
               267-299-7659

**NO** INTERPRETER REQUIRED

❏THIS PROCEEDING HAS BEEN RESCHEDULED FROM : 1-30-12

              Notice to:
               Defendant
              Nicholas Nastasi,Esq, Defense Counsel
              Anita Eve, A.U.S.A.(via e-mail)
              U.S. Marshal (via e-mail) & faxed
              Probation Office (via e-mail)
              Pretrial Services (via e-mail)
Cr 4 (rev. 8/98)         Larry Bowman (via e-mail)
cc: speedy trial