IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| | : | |
| BERNADETTE NICHOLAS | : | CRIMINAL NO.10-631-1 |

O R D E R

AND NOW, this 19th day of November, 2012 it is hereby ORDERED that the sentencing in the above captioned matter is continued.  A new sentencing date will be set in the future.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.